

October 7, 2019

**<u>Via ECF</u>**
Hon. Analisa Torres
United States District Court
    for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *De La Rosa v. Equifax Information Services*, No. 18-cv-0078(AT)

Dear Judge Torres:

      This firm represents Plaintiff Juan De La Rosa in the above-captioned matter. Pursuant to the terms of the *Thomas v. Equifax* settlement (*see* ECF No. 44), the parties have stipulated and Plaintiff hereby requests that the Court dismiss the claims asserted in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the extent Plaintiff purports to bring them on a class wide basis. A proposed order is included herewith.

      The parties are engaged in negotiations to resolve Plaintiff's individual claim and, pursuant to the Court's Order (ECF 45), will provide a status report by October 18, 2019.

Respectfully submitted,

James A. Francis

CC:   Counsel of record, via ECF.

Enc.