

January 13, 2020

**Via ECF**

Hon. Analisa Torres
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *De La Rosa v. Equifax Information Services*, No. 18-cv-0078(AT)

Dear Judge Torres:

      This firm represents Plaintiff Juan De La Rosa in the above-captioned matter. Pursuant to the terms of the *Thomas v. Equifax* settlement (*see* ECF No. 44), the parties stipulated to dismissal of the claims asserted in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on October 7, 2019 (ECF 46).  This Court granted the stipulation on October 7, 2019 (ECF 47).  I write to notify the Court that negotiations to resolve Plaintiff's individual claim have been successful and have resulted in an agreement in principle.  The Parties expect to finalize the agreement and file a Stipulation of Dismissal by February 28, 2020.

                                                              Respectfully submitted,

                                                              James A. Francis

cc:     Counsel of record, via ECF

1600 MARKET STREET | SUITE 2510 | PHILADELPHIA, PA 19103
P 215.735.8600 | F 215.940.8000
WWW.CONSUMERLAWFIRM.COM | WWW.CREDITREPORTPROBLEMS.COM